JACQUELINE A. FORSLUND   CSBN 154575
Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA  98383

Telephone:   541-419-0074
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ANN OLLAR,<br><br>   Plaintiff,<br><br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>   Defendant, | Case No. 1:13-cv-01450-BAM<br><br>**STIPULATION AND<br>ORDER FOR EAJA FEES, COSTS<br>AND EXPENSES** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SIX THOUSAND SEVEN HUNDRED TWENTY ONE dollars and FIFTY SEVEN cents ($6,721.57).  This amount represents compensation for all legal services rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).  The parties also agree that Plaintiff shall be awarded costs in the amount of $400.00, pursuant to 31 U.S.C. sec. 1304 and 28 U.S.C. sec. 1920.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's

Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, and the check for costs shall be made payable to Plaintiff.  The parties agree that whether these checks are made payable to Plaintiff or Dellert Baird Law Offices, PLLC, such checks shall be mailed to Plaintiff's attorney at the following address:  Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA  98383.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  May 22, 2015 | JACQUELINE A. FORSLUND<br>Attorney at Law |
|  | */s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Attorney for Plaintiff |
| Date:  May 26, 2015 | BENJAMIN WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|  | */s/\*Francesco P. Benavides*<br>FRANCESCO P. BENAVIDES<br>Special Assistant United States Attorney<br>*By email authorization<br>Attorney for Defendant |

///

///

///

///

///

**Ollar v. Colvin**                                                                 **Stipulation and Order for EAJA**
**E.D. Cal. 1:13-cv-01450-BAM**

ORDER

     Pursuant to the stipulation, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND SEVEN HUNDRED TWENTY-ONE dollars AND FIFTY-SEVEN cents ($6,721.57), and costs in the amount of FOUR HUNDRED dollars AND ZERO cents ($400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced stipulation. All payments shall be made pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) as outlined above.

IT IS SO ORDERED.

    Dated:   **May 29, 2015**                     /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE